IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN P. DORAN, | No. 2:15-CV-0777-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On June 2, 2015, service directed to defendant was returned unexecuted. Thereafter, the court directed plaintiff to show cause why this action should not be dismissed for failure to effect service of process. Plaintiff responded on August 15, 2015, indicating that she effected service

/ / /

/ / /

/ / /

/ / /

1

1  of process on or about July 30, 2015.  Good cause appearing therefor, the order to show cause is
2  discharged.  Plaintiff shall file proof of service of the summons and complaint within 15 days of
3  the date of this order.
4         IT IS SO ORDERED.

 DATED:  August 27, 2015

                                                           **CRAIG M. KELLISON**
                                                         UNITED STATES MAGISTRATE JUDGE