JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN P. DORAN, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant, )<br>)<br>_____) | Case No. 2:15-cv-00777-CMK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to January 16, 2016, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel is experiencing a backlog in her workload.

**Doran v. Colvin**                                                                                                        **Stipulation and Proposed Order**
**E.D. Cal. 2:15-cv-00777-CMK**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 23, 2015

JACQUELINE A. FORSLUND
Attorney at Law

<u>/s/Jacqueline A. Forslund</u>
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: December 23, 2015

BENJAMIN J. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

<u>/s/*Lynn Harada</u>
LYNN HARADA
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

Dated: January 6, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**Doran v. Colvin**                                        **Stipulation and Proposed Order**
**E.D. Cal. 2:15-cv-00777-CMK**