BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8977
     Facsimile: (415) 744-0134
     E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN P. DORAN,<br><br>       Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br><br>       Defendant. | Case No.: 2:15-cv-00777-CMK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 35 days to and including March 24, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, including several other district court cases, despite due diligence.

///

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  February 17, 2016          */s/ Lynn M. Harada for Jacqueline Forslund\**
                                   (*as authorized via email on 2/16/16)
                                   JACQUELINE FORSLUND
                                   Attorney for Plaintiff


Dated: February 17, 2016           BENJAMIN B. WAGNER
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                          By:      /s/  *Lynn M. Harada*
                                   LYNN M. HARADA
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant


                                   ORDER:

APPROVED AND SO ORDERED:

Dated:  February 19, 2016

                                   _____
                                   CRAIG M. KELLISON
                                   UNITED STATES MAGISTRATE JUDGE