BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN P. DORAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-00777-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days to and including April 25, 2016.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter as she was sick and out of the office for a few days, and also due to a heavy workload, including a Ninth Circuit case, several other district court cases, and other substantive non-litigation matters despite due diligence.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: March 24, 2016         /s/ Lynn M. Harada for Jacqueline Forslund*
                              (*as authorized via email on 3/24/16)
                              JACQUELINE FORSLUND
                              Attorney for Plaintiff


Dated: March 24, 2016         BENJAMIN B. WAGNER
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                        By:   /s/ Lynn M. Harada
                              LYNN M. HARADA
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant


ORDER:

APPROVED AND SO ORDERED:


Dated: March 30, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE