1  FORSLUND LAW, LLC
   Jacqueline A. Forslund # 154575
2  P.O. Box 4476
   Sunriver, OR  97707
3  Telephone:     541-419-0074
4  Fax:           541-593-4452
   Email:         jaf@forslundlaw.com
5
6  Attorney for Plaintiff

7                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
8

9  KATHLEEN P. DORAN,             )   Case No.  2:15-CV-00777-CMK
                                  )
10      Plaintiff                 )   **STIPULATION AND ORDER**
                                  )   **FOR AWARD OF ATTORNEY'S**
11 v.                             )   **FEES UNDER THE EQUAL ACCESS TO**
                                  )   **JUSTICE ACT (EAJA)**
12 CAROLYN W. COLVIN,             )
   Acting Comm'r of Social Security, )
13                                )
                                  )
14      Defendant                 )
                                  )
15 _____)

16
        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
17
   subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal
18
   Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SIX THOUSAND FIVE
19
   HUNDRED dollars and ZERO cents ($6,500.00).  This amount represents compensation for all legal
20
   services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance
21
   with 28 U.S.C. sec. 2412(d).
22
        After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the
23
   government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to
24
   Plaintiff's attorney.     The government's ability to honor the assignment will depend on whether the
25
   fees and expenses are subject to an offset allowed under the United States Department of the
26
   Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of
27
   EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If
28
   it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v.
   Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for

EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon  97707. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  December 21, 2016        JACQUELINE A. FORSLUND
                                Attorney at Law


                                /s/Jacqueline A. Forslund
                                JACQUELINE A. FORSLUND
                                Attorney for Plaintiff

Date:  December 21, 2016        PHILIP A. TALBERT
                                United States Attorney
                                DEBORAH STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/Lynn M. Harada
                                LYNN M. HARADA
                                Special Assistant United States Attorney
                                *By email authorization
                                Attorney for Defendant


                            ORDER

APPROVED AND SO ORDERED

Dated:  January 10, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**Doran v. Colvin**        Stipulation and Proposed Order        E.D. Cal. 2:15-cv-00777-CMK